NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3179

VIVIAN ARNOLD,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Petition for review of the Merit Systems Protection Board in
DC315H080788-I-1.

ON MOTION

## O R D E R

Upon consideration of the Merit Systems Protection Board's motion for a 21-day extension of time, until September 29, 2009, to file its brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 11 2009

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:   Vivian Arnold
      Sara B. Rearden, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 1 2009

JAN HORBALY
CLERK